Courtney Angeli, OSB #941765
courtney@baaslaw.com
Buchanan Angeli Altschul & Sullivan LLP
321 SW Fourth Avenue, Suite 600
Portland, OR 97204
Phone: 503-974-5015
Facsimile: 971-230-0337

    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

JAMES BLANCHARD

    Plaintiff,

  v.

MEDSHAPE, INC., a Georgia corporation; KENNETH A. GALL, an individual, and J. KURT JACOBUS, an individual.

    Defendants.

Civil No. 3:14-cv-00247-ST

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that this case is dismissed with prejudice and without costs or attorneys' fees to any party.

IT IS SO STIPULATED:

Dated: May 7, 2014

Page 1 - STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW 4th Ave., Suite 600
Portland, Oregon 97204
(503) 974-5015
(971) 230-0337 (facsimile)

| BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP | SMITH FREED & EBERHARD P.C. |
|---|---|
| s/ Courtney Angeli | s/ John Kreutzer |
| Courtney Angeli, OSB #941765 | John Kreutzer, OSB No. 973069 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

Dated:_____          _____
                                UNITED STATES DISTRICT COURT JUDGE

Page 2 -   **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

 I hereby certify that I served the foregoing **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** on the following named person on the date indicated below in the manner indicated:

 ☒ Electronic delivery via CM/ECF filing
 ☐ hand delivery
 ☐ facsimile transmission
 ☐ overnight delivery
 ☐ Email

John Kreutzer
Matthew B. Duckworth
Smith Freed & Eberhard P.C.
111 SW 5th Ave Ste 4300
Portland, OR 97204
JKreutzer@smithfreed.com
MDuckworth@smithfreed.com

Of Attorneys for Defendants

DATED:  May 7, 2014.

              BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

              s/ Courtney Angeli
              Courtney Angeli, OSB #941765
              Telephone:  (503) 974-5021
              Robin Bowerfind, OSB No. 03594
              Telephone:  (503) 974-5015

              Attorneys for Plaintiff