Courtney Angeli, OSB #941765
courtney@baaslaw.com
Buchanan Angeli Altschul & Sullivan LLP
321 SW Fourth Avenue, Suite 600
Portland, OR 97204
Phone: 503-974-5015
Facsimile: 971-230-0337

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES BLANCHARD<br><br>    Plaintiff,<br><br>v.<br><br>MEDSHAPE, INC., a Georgia corporation;<br>KENNETH A. GALL, an individual, and J.<br>KURT JACOBUS, an individual.<br><br>    Defendants. | Civil No. 3:14-cv-00247-ST<br><br>**STIPULATED NOTICE OF<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that this case is dismissed with prejudice and without costs or attorneys' fees to any party.

IT IS SO STIPULATED:

Dated: May 7, 2014

Page 1 -   STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP

s/ Courtney Angeli
Courtney Angeli, OSB #941765

*Attorneys for Plaintiff*

SMITH FREED & EBERHARD P.C.

s/ John Kreutzer
John Kreutzer, OSB No. 973069

*Attorneys for Defendant*

IT IS SO ORDERED:

Dated: May 8, 2014

UNITED STATES ~~DISTRICT COURT~~ JUDGE
            Magistrate

Page 2 -   STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE